EMMA STATELLA, as Administratrix of the Estate of FIORE M. STATELLA, Deceased, Respondent, v. ROBERT CHUCKROW CONSTRUCTION Co., INC., Respondent-Appellant, and WHEELING CORRUGATED Co. et al., Appellants-Respondents.

670

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.